1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ALFRED CHARLES MANN,                          No.  2:25-CV-1846-DC-DMC

12                       Plaintiff,

13          v.                                       ORDER

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                        Defendant.
16

17

18          Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19   review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

20   Pending before the Court is the parties' stipulation for an extension of time.  See ECF No. 12.

21   Good cause appearing therefor, the parties' stipulation will be approved.

22          Accordingly, IT IS HEREBY ORDERED as follows:

23          1.      The parties' stipulation for an extension of time, ECF No. 12, is approved.

24          2.      Defendant's response to Plaintiff's dispositive motion is due within 30

25   days of the date of this order.

26   Dated:  October 22, 2025

27                                               _____
                                                 DENNIS M. COTA
28                                               UNITED STATES MAGISTRATE JUDGE

                                               1